FILED

In the District Court of the United States
For the Middle District of Florida
Ft. Myers Division

2007 APR 23  AM 9: 25

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

| | |
|---|---|
| Robert E. Johnson, <br> and <br> Janice A. Johnson, a married couple, <br><br> plaintiffs, <br><br> vs. <br><br> VCI-Capital, a foreign corporation <br>     domestic to the state of Minnesota <br> Steven C. White, an individual, <br> Robert D. Maher, an individual, <br>     and <br> Gerald E. Helget, an individual, <br><br> defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:06-cv-199-Ft.M-33DNF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

---

Robert E. Johnson and Janice A. Johnson petition in the nature of a petition for a writ of *quo warranto*, Federal Rules of Civil Procedure, rule 81(a)(2), in re: Paul A. Magnuson

---

U. S. Supreme Court Justice Anthony Kennedy, in an interview with the PBS program Frontline said, "Our system presumes there are certain kinds of principles that are more important than the temper of our times. And you must have a judge who is detached, who is independent, who is fair, who is committed only to those principles, and not public pressures of any sort. That's the meaning of neutrality."

### First cause for granting the writ

Paul A. Magnuson has usurped the authority of The United States District Court for the Middle District of Florida. Absent proof of authority to act, Paul A. Magnuson is not a *de facto, de jure* judge. To have authority to act as a judge, Magnuson is required to

1

take an oath to uphold The Constitution of The United States of America. Paul A. Magnuson has the burden of proof by showing that he has taken such an oath. See 5 U.S.C. 3331, and 28 U.S.C. 453.

### Second cause for granting the writ

Paul A. Magnuson has breached a non-discretionary duty to vacate a void judgment.

### Third cause for granting the writ

Paul A. Magnuson has actual knowledge of the defendants' confessing criminal misconduct described in federal statutes. Paul A. Magnuson has a *non-discretionary* duty to assist in the prosecution of all confessing parties. See 18 U.S.C. §§ 3 & 4.

### Conclusion

Paul A. Magnuson 's failure or refusal to comply in full with this petition for a writ of *quo warrato* warrants forfeiture of presumed office. See matter of Thomas R. Brett for the Northern federal district of Oklahoma.

Prepared and submitted by: _____  _____
Robert E. Johnson            Janice A. Johnson
3849 Hidden Acres Circle, S.
N. Fort Myers, Florida 33903
(239) 997-0033

Certificate of service

I, Robert E. Johnson, certify that April 23, 2007, I mailed a true and correct copy of the above and foregoing petition to:

J. Matthew Belcastro and Luis E. Rivera
P.O. Box 280
Fort Myers, Florida 33902-0280

_____
Robert E. Johnson

Copies to:

Alberto R. Gonzales, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Associate Justice Stephen G. Breyer, Chair
Judicial Conduct and Disability Act Study Committee
Supreme Court of the United States
One First Street N.E.
Washington, D.C. 20543


Fred Hiatt
C/O The Washington Post
1150 15th Street N. W.
Washington, D.C. 20071

Charlie Crist
Governor Charlie Crist
Office of Governor Charlie Crist
State of Florida
PL-05 The Capitol
Tallahassee, FL 32399-0001


Federal Bureau of Investigation
2000 Main St
Fort Myers, FL 33901

3